No. 12–7455. LOWERY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 12–7465. RUINE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–7468. LEWIS v. UTTECHT, SUPERINTENDENT, COYOTE RIDGE CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 12–7477. THIRTLE v. GAGE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–7499. PARIKH v. UNITED PARCEL SERVICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–7506. SIERRA v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 12–7510. ROUSE v. ROMERO, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–7536. EWELL v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7573. LOTT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7575. MARAK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7578. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7584. LENTZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7589. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7590. AGU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7591. ANGLINMATUMONA v. MICRON CORP. C. A. 4th Cir. Certiorari denied.

No. 12–7593. DAIGA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.